UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>DAVID J. SPINNEY, )<br>    Defendant. )<br> ) | Civil Action No: _____ |

## COMPLAINT

### JURISDICTION

1. Jurisdiction of this action is conferred on the Court by 28 U.S.C. §1345.

### PARTIES

2. Plaintiff is the United States of America, acting through its agency the U.S. Small Business Administration (hereinafter "SBA"). The debt was referred in accordance with the Debt Collection Improvement Act of 1996 ("DCIA")(31 U.S.C. §3701 *et seq.*).

3. Defendant, DAVID J. SPINNEY, is an individual residing at 89 Western Avenue, Boston, MA 02163.

### COUNT I

4. On or about July 31, 2017, the SBA approved a loan to the Defendant in the principal amount of $25,000.00.

5. On or about August 16, 2017, Defendant DAVID J. SPINNEY, executed and delivered a Promissory Note and Loan Authorization and Agreement to the lender, Independence Bank in the amount of $25,000.00 with interest accruing at variable rates per annum as **Exhibit "A"** and incorporated herein by this reference.

6. On or about November 1, 2019 the debtor became delinquent, and SBA had to pay the guaranteed interest and became the holder of the Note with a balance due of $21,495.02 with a daily interest of $4.56.

7. On or about March 19, 2020, Independence Bank assigned the Note to the SBA. A copy of the assignment is attached hereto as **Exhibit "B"** and incorporated herein by this reference.

8. Plaintiff is the current owner and holder of the promissory note and all security instruments associated with the promissory note.

9. Plaintiff has made demand upon the Defendant for the full amount of this claim, but the defendant has failed to make payment.

10. As of August 14, 2025, the Defendant is indebted to the United States in the amount of $36,573.52 calculated as follows:

| | |
|---|---|
| Principal: | $21,495.02 |
| Interest (at 7.75%) | $5,380.97 |
| Admin fees: | $9,697.53 |
| Total: | $36,573.52 |

As set forth in the Certificate of Indebtedness attached hereto as **Exhibit "C"** and incorporated herein by this reference.

The Defendant has failed to pay the aforesaid sums although demand has been duly made.

WHEREFORE the United States demands judgment against the Defendant for $36,573.52 plus interest from August 14, 2025, and for such other and further relief as this Court deems fair and reasonable.

Dated: October 16th , 2025

                                      The United States of America
                                      By its attorneys[1]:

                                      /s/ *John O. Postl*
                                      John O. Postl, BBO# 567729
                                      Schuerger Law Group
                                      Private Counsel, United States Department of Justice
                                      1001 Kingsmill Parkway
                                      Columbus, Ohio 43229
                                      jpostl@schuergerlaw.com
                                      Phone No. 614-824-5731
                                      Direct Dial 617-315-4921

---

[1] Schuerger Law Group is under contract to the United States Department of Justice under the Department's private counsel program for collection of certain accounts.